972 A.2d 485

**Emmanuel THOMAS, Petitioner**

v.

**Hon. F.A. MASSIAH–JACKSON, President Judge of Philadelphia, Respondent.**

**No. 36 EM 2009.**

Supreme Court of Pennsylvania.

May 21, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 21st day of May, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the jurist's name from the caption.

972 A.2d 485

**Dwayne HILL, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Governor Edward G. Rendell; Attorney General Tom Corbett; Senate President Pro Tempe, Joseph B. Scarnatti III; Senate Majority Leader, Dominic Pileggi; Senate Minority Leader, Robert J. Mellow; House Speaker, Dennis O'Brien; House Majority Leader H. William DeWeese; House Minority Leader Samuel L. Smith; Board of Probation and Parole, et al., Respondents.**

**No. 35 EM 2009.**

Supreme Court of Pennsylvania.

May 21, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 21st day of May, 2009, the "Application to File Appeal *Nunc Pro Tunc* " is **DENIED.**